**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              November 2, 2007
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki
Probation:         Dee Clark
Interpreter:       Suzanna Cahill

_____

Criminal Action No. 93-cr-00256-RPM

UNITED STATES OF AMERICA,                                    James Boma

       Plaintiff,

v.

2. JOSE VELA ARELLANO,                                       Janine Yunker
a/k/a Hector Guerrero and Hector Guerrero Almontez

       Defendant.
_____

**SENTENCING**
_____

**10:06 a.m.    Court in session.**

Defendant present in-custody.

**Date of guilty plea: October 21, 1993, Count Two of the Indictment.**

Interpreter sworn (Spanish).

Counsel agree that the 1992 version of the sentencing guidelines are applicable.
Counsel state there are no objections to the PSI report.
Counsel further agree that the judgment should indicate all aliases used.
Mr. Boma states the government is not seeking separate prosecution for absconding.

10:10 a.m.    Argument by Ms. Yunker [16].
10:16 a.m.    Argument by Mr. Boma.
10:18 a.m.    Statements by the defendant.

Court's findings as stated on record.

**ORDERED:    Defendant's Motion for Sentence at Variance from Guidelines Range, filed
             October 11, 2007 [16], is denied.**

November 2, 2007
93-cr-00256-2-RPM

**ORDERED:**  **Government's Motion to Dismiss, filed October 29, 2007 [18], is granted.**

**ORDERED**:  Defendant is committed to the custody of the United States Bureau of Prisons to be **imprisoned** for a term of a **120 months**.

**ORDERED**:  Upon release from imprisonment, defendant shall be placed on **supervised release** for a term of **2 years**.

**ORDERED**:  Conditions of Supervised Release are that:

Defendant shall not commit another federal, state or local crime.
Defendant shall not illegally possess controlled substances.
Defendant shall not possess a firearm or destructive device.
Defendant shall comply with standard conditions as adopted by the court.
Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

**SPECIAL CONDITIONS** of Supervised Release:

Defendant shall cooperate in the collection of a DNA sample.
Defendant, if deported, shall not return to the United States illegally. If defendant re-enters the United States legally, he/she is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED**:  Defendant to pay $50.00 to Crime Victim Fund (Special Assessment) to be paid immediately.

**ORDERED:**  No fine is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**10:33 a.m.**     **Court in recess.**

Hearing concluded.  Total time: 27 min.