IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 93-cr-00256-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE VELA ARELLANO,

    Defendant.

_____

ORDER DENYING MOTION FOR JUDICIAL RECOMMENDATION
_____

Upon consideration of Defendant's Motion for Judicial Recommendation *Nunc Pro Tunc* [22], filed on November 8, 2007, it is

ORDERED that the motion is denied.

DATED: November 9th, 2007

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge