IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 93-cr-00256-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE VELA ARELLANO,

    Defendant.

_____

ORDER DENYING MOTION FOR RESENTENCING/RECONSIDERATION
ALTERNATIVELY NOTICE OF APPEAL
_____

    Upon considering a pleading filed by the defendant, without counsel, on November 13, 2007, designated Motion for Resentencing/Reconsideration Alternatively Notice of Appeal [Doc. #24] and because the motion is without merit and frivolous, it is

    ORDERED that the motion is denied in all respects.

    DATED: November 15th, 2007

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior Judge